OPINION # O- 7450                    WAS NEVER ISSUED OR

WAS WITHDRAWN.